

# KING & JURGENS LLC

COUNSELORS AT LAW

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233

HENRY A. KING (1)
GEORGE B. JURGENS III
ROBERT J. BURVANT (1)
J. GRANT COLEMAN, LLM (2)(4)
ERIC E. JARRELL
LEN R. BRIGNAC (1)(3)(5)
TIMOTHY S. MADDEN
ROBERT J. STEFANI (1)(2)(7)
JAMES D. BERCAW

LINDSAY A. LARSON III
DAVID A. STRAUSS (1)(8)
JEFFREY M. BURMASTER
DOUGLAS P. MATTHEWS
MICHAEL L. VINCENZO
CHRISTIAN A. GARBETT(1)(12)
JOHN A. CANGELOSI
ADAM P. MASSEY
SUSAN E. DINNEEN (2)(10)

MICHAEL J. CERNIGLIA (11)
BRENT M. BURNS
R. DANIEL SERIO, JR.
CAROLYN S. BUCKLEY
NICOLE M. BABB
BRIAN A. CLARK
W. SPENCER KING
ROBIN D. CASSEDY
MATTHEW D. FRASER

DIANA J. MASTERS
AMANDA R. JAMES
MARCO J. SALGADO

Of Counsel:
JOSEPH R. MESSA (9)
JOANNE MANTIS (6)
JEDD S. MALISH
GABRIEL A. CROWSON (8)

(1) ALSO ADMITTED IN TEXAS
(2) ALSO ADMITTED IN WASHINGTON, D.C.
(3) ALSO ADMITTED IN FLORIDA

(4) TAX LAW SPECIALIST
CERTIFIED BY THE LOUISIANA
BOARD OF LEGAL SPECIALIZATION
(5) REGISTERED PATENT ATTORNEY

(6) ALSO ADMITTED IN GREECE
(7) ALSO ADMITTED IN NEW YORK
(8) ALSO ADMITTED IN ILLINOIS
(9) ADMITTED IN TEXAS ONLY

(10) ALSO ADMITTED IN MARYLAND
(11) ALSO ADMITTED IN COLORADO
(12) ALSO ADMITTED IN MISSISSIPPI

**James D. Bercaw**
Attorney at Law
jbercaw@kingjurgens.com
504.582.1272 Direct

June 28, 2018

**By Hand**

Honorable Susie Morgan, District Judge
United States District Court
Eastern District of Louisiana
c/o Mr. Brad Newell
500 Poydras Street, Room C322
New Orleans, LA 70130

Honorable Lance M. Africk, District Judge
United States District Court
Eastern District of Louisiana
c/o Bridget Gregory
500 Poydras Street, Room C405
New Orleans, LA 70130

Re: No. 2:15-cv-02592-SM-JCW; W&T Offshore, Inc. v. Kevin Gros Consulting & Marine Servs., Inc., et al. (E.D. La.) (Morgan, J.)

No. 2:18-cv-04662-LMA-JCW; State Bank & Trust Co. v. CAPTAIN WHITEY GROS M/V (E.D. La.) (Africk, J.)

Dear Judge Morgan and Judge Africk:

We represent plaintiff, W&T Offshore, Inc. in Civil Action No. 2:15-cv-02592, which involves W&T's claim for damages arising out of the July 23, 2014, allision by defendant *in rem*, the M/V CAPTAIN WHITEY GROS with W&T's platform A, located in Block 238, Ship Shoal Area, on the Outer Continental Shelf off the Coast of Louisiana. On June 22, 2018, Judge Morgan entered an Order[1] for the issuance of a warrant of maritime arrest against the vessel, which warrant was served on June 27, 2018.[2] In accordance with Local Rule 3.1, we write to notify "the Court and opposing counsel . . . of the relationship between the cases" referenced above.

We understand that State Bank & Trust Company, plaintiff in Civil Action No. 2:18-cv-04662, caused the M/V CAPTAIN WHITEY GROS to be arrested on May 12, 2018, in

---

[1] Civ. A. No. 2:15-cv-02592, Doc. 35.
[2] *Id.*, Doc. 37.

Judges Morgan and Africk
June 28, 2018
Page 2

connection with its separate action to foreclose on its mortgage on the vessel, which mortgage was filed with the National Vessel Documentation Center on August 1, 2014, shortly after the vessel's allision with W&T's platform. The most recent action undertaken by State Bank in that proceeding occurred on June 27, 2018, through which State Bank filed a motion for entry of a default against the vessel.[3]

W&T submits that it and State Bank's suits all concern the enforcement of maritime liens of each plaintiff against the CAPTAIN WHITEY GROS *in rem.*

In accordance with Local Rule 3.1.1, W&T submits that State Bank's foreclosure proceeding should be transferred to Judge Morgan as "the section with the lowest docket number." Loc. R. 3.1.1. In the event the current case load of Judge Morgan does not warrant the receipt of State Bank's suit, W&T submits that this Court should enter the appropriate orders that ensure the same District Judge will adjudicate all claims and motions in the referenced arrest proceedings against the vessel.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ James D. Bercaw*

James D. Bercaw

cc:    C. Berwick Duval, II (*via* e-mail: berwick@duvallawfirm.com)
Kathryn Wimberley Richard (*via* e-mail: kathryn@duvallawfirm.com)
Francis J. Barry, Jr. (*via* e-mail: fbarry@dkslaw.com)
Walter P. Maestri (*via* e-mail: wmaestri@dkslaw.com)
George Burton Jurgens, III
Jedd Spencer Malish

---

[3] Civ. A. No. 2:18-cv-04662, Doc. 13.

{N1501258 -}